UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: MICHAEL H. HAMILTON )<br>ATTORNEY AT LAW, BAR NO. 7730 )<br> )<br> )<br> )<br> )<br> )<br> )<br> )<br>_____ ) | Case No.: 2:19-ms-00037<br><br>**ORDER OF SUSPENSION** |

On May 28, 2019, this Court entered an Order to Show Cause, mailed via certified mail with a Certified Mail Return Receipt date of delivery of May 29, 2019. The Order to Show Cause provided Mr. Hamilton with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Hamilton. Failure to respond within thirty (30) days warrants an Order of Suspension. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Michael H. Hamilton, Bar No. 7730, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this  11   day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this  12th day of August, 2019, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Michael Hamilton
    Law Offices of Michael Hamilton
    1810 E. Sahara Ave., Ste. 1500
    Las Vegas, NV 89104

Certified Mail No.:   7017 3380 0000 4606 2256

/s/ L. Quintero
Deputy Clerk
United States District Court,
District of Nevada