UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In re*: Michael H. Hamilton<br>Attorney at Law, Bar No. 7730 | Case No. 2:19-ms-00037<br><br>ORDER OF DISBARMENT |

Attorney Michael H. Hamilton, Bar No. 7730, was disbarred by the Nevada Supreme Court pursuant to the Order of Disbarment filed August 9, 2022. On August 16, 2022, this Court issued and entered an Order to Show Cause ("OSC") (ECF No. 8) mailed via certified mail. The return receipt of delivery was received on August 22, 2022. (ECF No. 10.) The OSC provided Mr. Hamilton with 30 days to respond with reasons why he should not be disbarred from the practice of law in this Court. No response has been received from Mr. Hamilton. Failure to respond within thirty 30 days warrants an Order of Disbarment. *See* LR IA 11-7.

It is therefore ordered that Michael H. Hamilton, Bar No. 7730, is hereby disbarred from practice in United States District Court for the District of Nevada.

DATED THIS 29th Day of September 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 30th Day of September 2022, I caused to be served a true and correct copy of the foregoing Order of Disbarment to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Michael H. Hamilton, Esq.
> 1810 E. Sahara Ave., Ste. 1500
> Las Vegas, NV 89104

Certified Mail No.: 7020 3160 0000 7420 0943

/s/ Amber F.
Deputy Clerk
United States District Court,
District of Nevada